# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Real Property commonly known as 1766 South Shore Road, Hadley, New York 12835,<br><br>　　　　　Defendant. | Civil Action No.　1:23-cv-228 (GTS/CFH)<br><br>**ORDER BARRING ALL FURTHER CLAIMS** |

　　Upon consideration of the United States' status report and the Affidavit of Elizabeth A. Conger, AUSA, and the Court being satisfied that the government has provided notice to all known potential claimants pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, it is hereby

　　ORDERED that, with the exception of the claims of Gerald Hackstadt and Traci Hackstadt, all claims to the Defendant Real Property are forever barred, and it is further

　　ORDERED that, by issuance of this Order, the United States shall submit to the Court, a proposed Final Order of Forfeiture and proposed Judgment for the forfeiture of $190,000.00 in United States Currency in lieu of the forfeiture of the Defendant Real Property.

　　IT IS SO ORDERED.

Dated:　October 13, 2023

　　　　　　　　　　　　　　　　　　　　　　　Glenn T. Suddaby
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge