**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil Action No.    1:23-cv-228 (GTS/CFH) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Real property commonly known as 1766 | ) | **FINAL ORDER OF FORFEITURE** |
| South Shore Road, Hadley, New York | ) | |
| 12835, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The Court having entered an Order Barring all Further Claims on October __13__, 2023, it is hereby

ORDERED that Judgment be entered for the forfeiture of $190,000.00 in U.S. Currency in lieu of the Defendant Real Property, and it is further

ORDERED that $190,000.00 in U.S. Currency in lieu of the forfeiture of the Defendant Real Property is hereby forfeited to the United States, and it is further

ORDERED that any claims to the Defendant Real Property, and the $190,000.00 in U.S. Currency forfeited in lieu thereof, are hereby forever barred.

IT IS SO ORDERED.

Date: __October 13, 2023__

_Glenn T. Suddaby_
Glenn T. Suddaby
U.S. District Judge